# EXHIBIT C

| US 8,572,929 | Millwork's Accused Products |
|---|---|
| **1[pre]** A window or door element having a metal frame and an insulated glass pane inserted into the frame, | The Accused Products include a window or door element having a metal frame.<br><br><br><br>Source: **Exhibit B** (hereinafter "Millwork Brochure") at 3 (annotated).<br><br>The Accused Products further include an insulated glass pane inserted into the frame.<br><br><br><br>Source: Millwork Brochure at 3.<br><br><br><br>Source: https://millworkartisans.com/metal/windows/hinged/ (annotated) (last accessed March 2, 2026) (hereinafter "Millwork Website"). |

| US 8,572,929 | Millwork's Accused Products |
|---|---|
| **1[a]** wherein the frame comprises an outer flat metal frame having an inner cutout, | The frame of the Accused Products includes an outer flat metal frame having an inner cutout.<br><br><br><br>Source: Millwork Website (annotated) (last accessed March 2, 2026). |
| **1[b]** an inner flat metal frame having an inner cutout, | The frame of the Accused Products further includes an inner flat metal frame having an inner cutout.<br><br><br><br>Source: Millwork Website (annotated) (last accessed March 2, 2026). |
| **1[c]** and an insulation body positioned between the outer flat metal frame and the inner flat metal frame, using sandwich construction; and | The frame of the Accused Products further includes an insulation body positioned between the outer flat metal frame and the inner flat metal frame. Further, the insultation body of the Accused Products is positioned between the outer flat metal frame and the inner flat metal frame using sandwich construction, as shown below.<br><br><br><br>Source: Millwork Website (annotated) (last accessed March 2, 2026). |

C-2

| US 8,572,929 | Millwork's Accused Products |
|---|---|
| **1[d]** wherein the inner cutout of the outer flat metal frame is slightly smaller than the inner cutout of the inner flat metal frame, | The inner cutout of the outer flat metal frame of the Accused Products is slightly smaller than the inner cutout of the inner flat metal frame.<br><br><br><br>Source: Millwork Website (annotated) (last accessed March 2, 2026). |
| **1[e]** in order to form a circumferential contact ridge for the insulated glass pane. | A circumferential contact ridge for the insulated glass pane is formed in the Accused Products.<br><br><br><br>Source: Millwork Website (annotated) (last accessed March 2, 2026). |

C-3